UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 23-2080-DMG (PD)** | Date | March 23, 2023 |
| Title | *Nathan Cooley v. County of Los Angeles, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  [IN CHAMBERS] ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED**

On March 20, 2023, Plaintiff, who proceeds *pro se*, filed the complaint in this action. He alleges claims against the County of Los Angeles, Judge Mark A. Young, Judge Lisa Sepe-Wiesenfeld, and Judge Bobbi Tillmon under 42 U.S.C. § 1983, based on actions taken in the Santa Monica courthouse. [Doc. # 1.] He alleges that between 2016 and 2023, "the County of Los Angeles Court illegal[ly] obtain[ed] jurisdiction . . . under fraudulent pretense[s] and denied [Plaintiff] his civil rights, . . . lied about his legal status[,] and claimed that he was a[n] LLC acting as a DBA[.]" [Doc. # 1 at 4.] On March 10, 2023, Plaintiff filed a complaint in this Court under case number CV 23-1809-DMG (AFMx), alleging that the same four defendants violated his civil rights in the same place and during the same period by engaging in the following action: "The Court fraudulent[ly] change[d] the entity of Wigley Industries to a different name AKA Nathan Cooley DBA Wigley Industry." Complaint at 5, *Cooley v. Cnty. of L.A.*, *et al.*, CV 23-1809-DMG (AFMx).

A district court generally has the discretion "to dismiss a duplicative later-filed action, to stay that action pending resolution of the previously filed action, to enjoin the parties from proceeding with it, or to consolidate both actions." *Adams v. Cal. Dep't of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007), *overruled on other grounds by Taylor v. Sturgell*, 553 U.S. 880, 904 (2008). The Court accordingly **ORDERS** Plaintiff to show cause why this action should not be dismissed as duplicative of Case No. 23-1809-DMG (AFMx). Plaintiff shall file a written response to this Order by **April 13, 2023**. Failure to timely comply with this Order will result in dismissal of this action without prejudice.

**IT IS SO ORDERED**.